IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RHETT CRANTZ, Individually, as Personal Representative of the Estate of Venus Crantz, and as Guardian of Marina Crantz, Marley Crantz, McKenzy Crantz, and Maisen Crantz,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 14-56-GF-BMM-JTJ<br><br>ORDER |

Upon consideration of the United States' unopposed motion to clarify the Court's monetary award to the Plaintiff (Doc. 72), and good cause being shown by the moving party,

IT IS HEREBY ORDERED that the United States' motion is GRANTED. The Court clarifies that the sum of $253,802.00 plus Plaintiff's costs is the monetary award granted to the Plaintiff in the Findings of Fact, Conclusions of Law and Order and Judgment dated January 13, 2017 (Docs. 68 and 69.) Costs in

the amount of $3,583.11 were taxed by the Court. (Doc. 71.) The resulting total sum of $257,385.11 represents the monetary judgment entered in favor of the Plaintiff and against the Defendant, United States, in this case.

**DATED** this 27th day of March, 2017.

_____
Brian Morris
United States District Court Judge